KURT A. KAPPES – SBN 146384
MICHAEL LANE – SBN 239517
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lanemd@gtlaw.com

Attorneys for Defendant
CHASE BANK USA, N.A.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BARRY TAYLOR, an Individual,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA N.A.,<br><br>    Defendant. | CASE NO: 2:19-cv-00629-TLN-EFB<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT**<br><br>[28 U.S.C. §§ 1332, 1441, 1443, and 1446]<br><br>Removed from the Superior Court of the State of California Case No. 34-2018-00227141<br><br>Removal Filed: April 12, 2019<br>State Court Action Filed: February 15, 2018 |

This matter is before the Court on Defendant CHASE BANK USA, N.A.'s application to file a settlement offer from Plaintiff Michael Barry Taylor under seal. Good cause appearing, and having found that the parties have an interest in maintaining the confidentiality of the document pending a request for and possible entry of a protective order, the application is GRANTED. The document shall remain under seal for the duration of this litigation, unless this Court orders otherwise.

The Clerk of the Court is directed to file the following under seal:

- Exhibit 1 to the Declaration of Michael D. Lane ISO Defendant's Petition to Submit Documents Under Seal; and
- Exhibit C to the Declaration of Michael D. Lane ISO Defendant's Notice of Removal.

IT IS SO ORDERED.

Dated: April 17, 2019

_____
Troy L. Nunley
United States District Judge

2
ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS